

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -9  A 10: 46

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY LTD. | CIVIL ACTION NO. 00-0391 |
| VERSUS | SECTION "D"; DIVISION 5 |
| | JUDGE A.M. McNAMARA |
| CA CONSULTANTS, INT. LTD., and RAVI VELLANKI | MAGISTRATE JUDGE ALMA L. CHASEZ |

### PLAINTIFF'S *EX PARTE* MOTION AND ORDER FOR LEAVE TO SUPPLEMENT PETITION FOR DECLARATORY JUDGMENT

Plaintiff, St. Paul Reinsurance Company Ltd., hereby moves the Court *ex parte* for leave to supplement its Petition for Declaratory Judgment with Exhibit A, a true and correct copy of the insurance policy made the basis of Plaintiff's Declaratory Judgment action, which was inadvertently omitted from the Petition as filed on February 7, 2000.

Plaintiff further moves for leave to attach Exhibit A to the Petition for purposes of service on the Defendants, none of whom have been served or made an appearance in this case.

DATE OF ENTRY FEB 9 2000

___ Fee ___
___ Process ___
X  Dktd ___
✓ CtRmDep ___
___ Doc.No. 2

## **O R D E R**

Considering the foregoing Ex Parte Motion for Leave to Supplement Petition for Declaratory Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff, St. Paul Reinsurance Company Ltd., be and the same is hereby granted leave to supplement its Petition for Declaratory Judgment with Exhibit A as attached hereto. It is further

ORDERED, ADJUDGED, AND DECREED that the clerk of Court shall attach copies of Exhibit A to Plaintiff's Petition as found in the files of the Clerk and the Court. It is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff be and the same is hereby granted leave to add Exhibit A to its Petition for purposes of service on the Defendants.

Signed in New Orleans, Louisiana this __9__ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PHELPS DUNBAR, L.L.P.

By:_____
Marshall M. Redmon (Bar No. 18398) T.A.
Phelps Dunbar, L.L.P.
445 North Boulevard, Suite 701
Post Office Box 4412
Baton Rouge, LA 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

        Evan T. Caffrey (Bar No. 25602)
        Phelps Dunbar, L.L.P.
        Thirtieth Floor, Texaco Center
        400 Poydras Street
        New Orleans, Louisiana  70130-3245
        Telephone:  (504) 566-1311
        Telecopier:  (504) 568-9130 or 9007

        **ATTORNEYS FOR ST. PAUL REINSURANCE COMPANY LTD.**