

00-391

| CALL DOCKET | UNITED STATES DISTRICT COURT | SECTION D |
|---|---|---|
| | EASTERN DISTRICT OF LOUISIANA | |

You are hereby notified that the following cases will be called by Judge A. J. McNamara on Wednesday, MAY 31, 2000 at 9:00 a.m. Counsel to enter a default against the defendant(s) who have not filed answers or show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with Rule 41(b) FRCP.

99-504 c/w JEFFREY WALLACE VS TERRY DENA KING, ET AL
99-1345    Attys: Camilo Salas William Bradley Peter Butler Paul Andersson Richard Duplantier
           (As to James McKinnie, John Andress, Janice Glenn, Ellen McGriff)
ORDERED:

---

99-3077    BARBARA WINNINGKOFF VS AMERICAN CYANAMID, ET AL
           Attys: Robert Urann    William Baggett Henri Wolbrette  Deborah Kuchler
            John Gomila Bradley Myers Dominic Gianna James Garner Elizabeth Ryan
            John LeBlanc Gordon Wilson Steve Sikich
           (As to E.I.Dupont, Tenneco Oil, Texaco Inc., Union Carbide Corp., Jim Anderson,
            United States Fidelity & Guaranty Co, Dean Blackwell, Hubert Miller, Jeff Messer,
            Travelers Ins. Co., Travelers Indemnity Co, Robert Vaughn, Associated Indemnity)
ORDERED:

---

99-3439    HARRY THOMPSON VS AVONDALE INDUSTRIES, INC, ET AL
           Attys: Robert Myers R. Patrick Vance   Howard Murphy Matt Farley
           (As to Blanche Barlotta, Eugene Blanchard, R. Dean Church, Rodney Duhon,
            Ernest Griffin, Jr.)
ORDERED:

---

99-3459 c/w MICHAEL HULTGREN VS CONTRUCTION SOUTH, ET AL
00-40      Attys: Rodney Cater Robert Baudouin   Richard Vale
           (As to Construction South, Tulane University Medical Center, Tulane University
               Medical School)
ORDERED:

PAGE 2 - CALL DOCKET
SECTION D (5/31/00)

00-391   ST. PAUL REINSURANCE VS CA CONSULTANTS, ET AL
         Attys: Marshall Redmon   Evan Caffrey
         (As to all defendants)
ORDERED:

---

00-584   ALBERT WILLIAMS VS CGU INSURANCE, ET AL
         Attys: Waldon Hingle
         (As to all defendants)
ORDERED:

---

May 8, 2000

_____
Pam Radosta, Courtroom Deputy
(589-7683)