```
UNITED STATES DISTRICT COURT
           FILED
       May 31, 2000
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

MINUTE ENTRY
MCNAMARA, J.
May 31, 2000

   The following cases were called this day to show cause why they should not be DISMISSED:
   After hearing, IT IS ORDERED that the said cases be disposed of as indicated below:

99-504 c/w   JEFFREY WALLACE VS TERRY DENA KING, ET AL
99-1345      Atty: Camilo Salas
ORDERED: PASSED.

---

99-3077      BARBARA WINNINGKOFF VS AMERICAN CYANAMID, ET AL
ORDERED: JUDGMENT ENTERED MAY 26, 2000.

---

99-3439      HARRY THOMPSON VS AVONDALE INDUSTRIES, INC, ET AL
ORDERED: PLACED ON TRIAL DOCKET.

---

99-3459 c/w  MICHAEL HULTGREN VS CONSTRUCTION SOUTH, ET AL
 00-40
ORDERED: PLACED ON TRIAL DOCKET.

---

00-391       ST. PAUL REINSURANCE VS CA CONSULTANTS, ET AL
ORDERED: PASSED FOR 30 DAYS.

---

00-584       ALBERT WILLIAMS VS CGU INSURANCE, ET AL
ORDERED: PLACED ON TRIAL DOCKET.

---

DATE OF ENTRY
JUN 1  2000

